# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADRIANA RISSER,** *Plaintiff,* | : CIVIL ACTION :  : |
| v. | : No. 18-4758 : |
| **NANCY A. BERRYHILL,** *Defendant.* | : : : |

## ORDER

**AND NOW**, this 6th day of August 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12), Defendant's Response (ECF No. 16), and Plaintiff's Reply (ECF No. 17), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's request for review is **GRANTED**, the Commissioner's decision is **VACATED**, and this matter is **REMANDED**. We find that Plaintiff did not forfeit her Appointments Clause objection. The new decision shall be entered by an ALJ who has been properly appointed in accordance with the Appointments Clause of the United States Constitution.

The Clerk of Court is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.