# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIANA RISSER,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 18-4758 |
| **ANDREW SAUL,** *Defendant.* | : : | |

## ORDER

**AND NOW**, this 8th day of November 2019, upon consideration of Plaintiff's Motion for Attorney Fees (ECF No. 24) and Defendant's Response (ECF No. 25), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 24) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.