# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIANA RISSER,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 18-4758 |
| **ANDREW SAUL,** **Commissioner of Social Security,** *Defendant.* | : : : : | |

## ORDER

**AND NOW**, this 17th day of January 2020, upon consideration of Plaintiff's Motion for Attorney Fees (ECF No. 24), Defendant's Response (ECF No. 25), Plaintiff's Reply (ECF No. 31), and Defendant's Sur-reply (ECF No. 33) and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 24) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.