IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIANA RISSER, *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : : | No. 18-4758 |
| KILOLO KIJAKAZI[1], Acting Commissioner of Social Security, *Defendant.* | : : : : | |

**ORDER**

**AND NOW**, this **2nd** day of **May 2022**, upon consideration of Plaintiff's Attorney's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (ECF No. 43) and Defendant's Response (ECF No. 44), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiff's Attorney's Motion is **GRANTED** and Plaintiff's Attorney Robert Savoy is awarded attorney fees in the amount of $11,397.15.

BY THE COURT:

/**s**/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as Defendant.